LATOYA LOUISE STRAUGHTER
4223 I-20 FRONTAGE RD
APT J16
VICKSBURG, MS 39183

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3300
MERRIFIELD, VA 22119

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

NAVY FEDERAL CU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK
RICHMAN, VA 23238

NELNET
PO BOX 82561
LINCOLN, NE 68501

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

FIRST HORIZON BANK
1 CORPORATE DR
LAKE ZURICH, IL 60047

KENNETH EVANS
151 SIMMONS DR
SHANNON, MS 38868

LUCINDIA STRAUGHTER
401 HARDY ST
ABERDEEN, MS 39730

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808