**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13**

**LATOYA LOUISE STRAUGHTER** **CASE NO. 26-01930-JAW**

**ORDER TERMINATING GRETA KEMP MARTIN AS COUNSEL OF RECORD FOR TRUSTEE TORRI PARKER MARTIN**

This Matter came before the Court on the Trustee's Motion to Terminate Greta Kemp Martin, Mississippi Bar No. 103672 (Docket #21). Thus, having considered the matter, the Court finds that the Trustee's Motion is in the best interest of the bankruptcy estate and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion is hereby granted.

**##END OF ORDER##**

Submitted By:

/s/ Torri Parker Martin
Torri Parker Martin, MSB# 103938
Standing Chapter Thirteen Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: tpm@tpmartinch13.com