**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**LATOYA LOUISE STRAUGHTER** **CASE NO. 26-01930-JAW**

## AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Objection to Confirmation (Docket #20). The Court, having fully considered the matter and finding the parties in agreement, does hereby order that the Objection should be overruled.

**IT IS THEREFORE ORDERED** that the Trustee's Objection to Confirmation is hereby overruled, as the Debtor submitted business information, documentation, and financial statements for Charlee's Angels Boutique to the Trustee.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com