**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Latoya Louise Straughter, Debtor** **Case No. 26-01930-JAW**
**CHAPTER 13**

**ORDER DISALLOWING PROOF OF CLAIM # 8 AS FILED BY AMERICAN CREDIT ACCEPTANCE**

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 8 as Filed by American Credit Acceptance (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 8 as filed by American Credit Acceptance is granted, and further, Proof of Claim # 8 is hereby disallowed as filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com