United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01930-JAW
Latoya Louise Straughter Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 2
Date Rcvd: Sep 29, 2026 Form ID: n032 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latoya Louise Straughter, 4223 I-20 Frontage Rd, Apt J16, Vicksburg, MS 39183-3533 |
| 5697601 | + | Kenneth Evans, 151 Simmons Dr, Shannon, MS 38868-9425 |
| 5697602 | + | Lucindia Straughter, 401 Hardy St, Aberdeen, MS 39730-3628 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5714193 | + | Email/Text: bankruptcy@acacceptance.com | Sep 29 2026 19:53:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 5721215 | + | Email/Text: BNCnotices@dcmservices.com | Sep 29 2026 19:53:00 | Baptist Memorial Hospital, PO Box 1123, Minneapolis MN 55440-1123 |
| 5697598 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 29 2026 19:53:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek, Richman, VA 23238 |
| 5704894 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 29 2026 19:53:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 5697599 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 29 2026 19:53:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5698976 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 29 2026 19:53:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5697600 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 29 2026 19:53:00 | First Horizon Bank, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5724382 | + | Email/Text: pasi_bankruptcy@chs.net | Sep 29 2026 19:53:00 | JACKSON HB MEDICAL SERVICES LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5697603 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 19:56:46 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5707851 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 19:56:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5697604 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 29 2026 19:53:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5697605 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 29 2026 19:53:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 5697606 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 29 2026 19:53:00 | Navy Federal CU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5699958 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 29 2026 19:53:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5697607 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 29 2026 19:53:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

| | | | |
|---|---|---|---|
| 5701965 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 29 2026 19:53:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Latoya Louise Straughter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01930−JAW
**Chapter:** 13

**In re:**

Latoya Louise Straughter
aka Latoya Straughter Evans
4223 I−20 Frontage Rd
Apt J16
Vicksburg, MS 39183

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/29/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 29, 2026

Danny L. Miller, Clerk of Court